## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v** | : | **CASE NO.   7:06-CV-51 (HL)** |
| | : | |
| **$172,760.00 IN UNITED STATES** | : | |
| **FUNDS,** | : | |
| **Defendant Property.** | : | |
| | : | |

## ORDER ON MOTION FOR SERVICE BY PUBLICATION

Upon motion of the United States of America under Rule C(4) of the Supplemental

Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, and for

good cause shown,

IT IS HEREBY ORDERED that public notice of the seizure and arrest of the

defendant property be given by publication once a week for three consecutive weeks in

the <u>Lanier County News</u>, Post Office Box 216, Lakeland, Georgia 31635. The published

notice shall specify the time within which a claim to the defendant property and an answer

to the complaint is required to be filed.

SO ORDERED, this 6th day of  July, 2006.



<u>**S/ Hugh Lawson**</u>
UNITED STATES DISTRICT JUDGE



PREPARED BY:

<u>s/DONALD L. JOHSTONO</u>
DONALD L. JOHSTONO
ASSISTANT UNITED STATES ATTORNEY