IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff, | :<br>:<br>: |
| v | :    CASE NO.  7:06-CV-51 (HL) |
| | : |
| $172,760.00 IN UNITED STATES FUNDS,<br>Defendant Property. | :<br>:<br>:<br>: |

### ORDER ON MOTION FOR SERVICE BY PUBLICATION

Upon motion of the United States of America under Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, and for good cause shown,

IT IS HEREBY ORDERED that public notice of the seizure and arrest of the defendant property be given by publication once a week for three consecutive weeks in the <u>Lanier County News</u>, Post Office Box 216, Lakeland, Georgia 31635. The published notice shall specify the time within which a claim to the defendant property and an answer to the complaint is required to be filed.

SO ORDERED, this 6th day of  July, 2006.

                                            <u>S/ Hugh Lawson</u>
                                            UNITED STATES DISTRICT JUDGE

PREPARED BY:

s/DONALD L. JOHSTONO
DONALD L. JOHSTONO
ASSISTANT UNITED STATES ATTORNEY